570 A.2d 1320

**Edward R. MERIDA, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

Supreme Court of Pennsylvania.

Argued March 5, 1990.

Decided March 21, 1990.

Edward Van Stevenson, Jr., John Stember, Neighborhood Legal Services Ass'n, McKeesport, for appellant.

Terry L. Fromson, Sharon M. Dietrich, Community Legal Services, Inc., Philadelphia, amicus curiae, for Philadelphia Unemployment Project.

Clifford F. Blaze, Deputy Chief Counsel, Unemployment Compensation Board of Review, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.